UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GREGORIO LECHUGA RUIZ,                              :
                                                    :
                            Plaintiff,             :        **No. 23 Civ. 4167**
                                                    :
     -against-                                    :
                                                    :
D'AMICO COFFEE INC., and FRANK D'AMICO              :
                                                    :        **NOTICE OF**
                          Defendants.            :        **APPEARANCE**
------------------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

       Kindly enter my appearance as counsel for Plaintiff Gregorio Lechuga Ruiz. I certify that I am admitted to practice in the Eastern District of New York.

Dated:  New York, New York
         June 6, 2023

                                        PECHMAN LAW GROUP PLLC

                                        By:  */s Camille A. Sanchez*
                                              Camille A. Sanchez (6018014)
                                              PECHMAN LAW GROUP PLLC
                                              488 Madison Avenue, 17th Floor
                                              New York, New York 10022
                                              Tel.: (212) 583-9500
                                              Fax.: (212) 409-8763
                                              sanchez@pechmanlaw.com
                                              *Attorneys for Plaintiff*