**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREGORIO LECHUGA RUIZ,<br><br>       Plaintiff,<br><br>  -against-<br><br>D'AMICO COFFEE INC., and FRANK D'AMICO,<br><br>       Defendants. | Civil Action No.:<br><br>1:23-cv-04167-BMC |

**SUGGESTION OF DEATH UPON THE RECORD**

1. Pursuant to Fed. R. Civ. P. 25(a)(1), counsel for Defendants in the above referenced action gives notice and suggests upon the record that Defendant Frank D'Amico passed away on August 4, 2023.

2. The undersigned learned of Mr. D'Amico's passing on September 7, 2023.

3. Mr. D'Amico was the sole owner of Defendant D'Amico Coffee Inc.

4. Upon information and belief, an administrator for the estate of Frank D'Amico has not yet been appointed.

Dated:  September 7, 2023
    New York, New York           WARREN LAW GROUP

                           By: ___/s Cynthia A. Augello_____
                             Cynthia A. Augello
                             Attorneys for Defendants
                             519 8th Avenue, 25th Floor
                             Garden City, New York  10018
                             212-390-8229
                             cynthia@warren.law